IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (Dubuque) DIVISION

UNITED STATES OF AMERICA, )
           Plaintiff, )    No. CR 25-1024
                   )
vs. )   **MOTION TO MODIFY**
                   )   **CONDITIONS OF PRE-**
                   )   **SENTENCING RELEASE**
KATIE KAMMERUDE, )
           Defendant. )

COMES NOW, the defendant, by counsel, and in support of her motion to to modify conditions of pretrial release states as follows:

1. On June 9, 2025, the defendant was released from custody pending sentencing. The defendant's pre-sentencing release includes a condition for home detention. R. Doc 19, ¶10(2).

2. The defendant would like to attend funeral services for her great-uncle in East Dubuque, Illinois on June 26, 2025, at 10:30 a.m.

3. The defendant has had no violations of her current conditions of pre-trial release since her release.

4. The defendant respectfully requests that the conditions of her pretrial release be amended to permit her to travel to and attend the aforementioned funeral in East Dubuque, Illinois on June 26, 2025 from 9:00 a.m. through 1:00 p.m.

5. Undersigned counsel has communicated with the defendant's supervising probation officer, Tiffany Schuette, who has advised that her office

takes no position on the defendant's request to modify the conditions of her probation as described in this motion.

6.    Undersigned counsel has communicated with AUSA Jared Maternach, who has advised that he does not object to the the defendant's request to modify the conditions of her probation as described in this motion.

WHEREFORE, for the reasons stated herein, counsel for the defendant prays the Court to enter an order to modify the conditions of her pre-trial release to permit her to travel to and attend the aforementioned funeral in East Dubuque, Illinois on June 26, 2025 from 9:00 a.m. through 1:00 p.m.

/s/ John Bishop

_____

**JOHN J. BISHOP**  AT0000937
222 Third Ave. SE
Cedar Rapids, IA 52401
Phone: (319) 398-0343
Fax (319) 366-6176
Email: johnbishoplaw@gmail.com

ATTORNEY FOR DEFENDANT