IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (Dubuque) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. CR 25-1024 |
| | ) | |
| vs. | ) | **REQUEST TO WAIVE** |
| | ) | **DEFENDANT'S PRESENCE** |
| | ) | |
| KATIE KAMMERUDE, | ) | |
| Defendant. | ) | |

COMES NOW, the defendant, by counsel, and in support of a request to waive the defendant's presence states as follows:

1.  A Status Conference is currently scheduled for August 14, 2025, at 10:00 a.m.

2.  On August 12, 2025, undersigned counsel spoke with the defendant who advised that her pregnancy was proceeding ahead of schedule and that she could be hospitalized at any moment in order to give birth. Undersigned counsel advised the defendant to keep him updated as well as possible under the circumstances.

3.  Given the uncertainty of her medical situation, undersigned counsel requests that the defendant's presence be waived for the aforementioned Status Conference.

4.  Undersigned counsel has communicated with AUSA Jared Maternach, who has advised that he does not object to the the defendant's request.

WHEREFORE, for the reasons stated herein, counsel for the defendant prays the Court to enter an order to permit that the defendant's presence be waived at the Status Conference.

/s/ John Bishop

_____
**JOHN J. BISHOP**  AT0000937
222 Third Ave. SE
Cedar Rapids, IA 52401
Phone: (319) 398-0343
Fax (319) 366-6176
Email: johnbishoplaw@gmail.com

ATTORNEY FOR DEFENDANT