IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. CR 25-1024 |
| | ) | |
| vs. | ) | **MOTION TO MODIFY** |
| | ) | **CONDITIONS OF PRE-TRIAL** |
| | ) | **RELEASE** |
| KATIE KAMMERUDE, | ) | |
| Defendant. | ) | |

COMES NOW, the defendant, by counsel, and in support of her motion to to modify conditions of pretrial release states as follows:

1. The defendant is currently released from custody pending sentencing. The defendant's release includes a condition for home detention and she is currently on an ankle monitor.

2. The defendant's grandmother is 90 years old and in declining health.

3. The defendant has had no violations of her current conditions of pre-trial release.

4. The defendant respectfully requests that the conditions of her pretrial release be amended to allow her to visit her grandmother at the Bethany Home Retirement Center in Dubuque, Iowa on November 7, 2025, from 10:30 a.m. to 1:30 p.m.

5. Undersigned counsel has communicated with the defendant's supervising probation officer, Mukaddas Alhassan, who has advised that he does not object to the defendant's request.

6. Undersigned counsel has communicated with AUSA Ashley Corkery, who has advised that she does not object to the defendant's request.

WHEREFORE, for the reasons stated herein, counsel for the defendant prays the Court to enter an order to modify the conditions of her pre-trial release to allow her to visit her grandmother at the Bethany Home Retirement Center in Dubuque, Iowa on November 7, 2025, from 10:30 a.m. to 1:30 p.m.

/s/ John Bishop

_____

**JOHN J. BISHOP**  AT0000937
222 Third Ave. SE
Cedar Rapids, IA 52401
Phone: (319) 398-0343
Fax (319) 366-6176
Email: johnbishoplaw@gmail.com

ATTORNEY FOR DEFENDANT