IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 25-CR-01024 |
| | ) | |
| vs. | ) | |
| | ) | |
| KATIE LYNN KAMMERUDE, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S SENTENCING MEMORANDUM

The United States hereby provides its sentencing memorandum.

**A.     Government Witnesses**

1.  None

**B.     Government Exhibits**

1.  None

**C.     Sentencing Issues**

The Final Presentence Investigation Report (PSIR) notes no issues for the parties to resolve.  Defendant will argue for a downward variance.  (Docket 42.)  The government will ask the Court to deny defendant's request and will argue at sentencing for a sentence within the advisory guidelines range.

Respectfully submitted,

CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2025
I electronically filed the foregoing with the
Clerk of Court using the ECF system which
will send notification of such filing to the
parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/ ALC

LEIF OLSON
United States Attorney

By: *s/Ashley L. Corkery*

ASHLEY L. CORKERY
Assistant United States Attorney

1

111 7th Avenue, SE Box 1
Cedar Rapids, IA 52401
(319) 363-6333
(319) 363-1990 - fax
Ashley.corkery@usdoj.gov

2