IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (WATERLOO) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. CR 25-1024 |
| | ) | |
| vs. | ) | **REQUEST TO FILE** |
| | ) | **UNDER SEAL** |
| | ) | |
| KATIE KAMMERUDE, | ) | |
| Defendant. | ) | |

COMES NOW, the defendant, by counsel, and in support of her request to file motion under seal states as follows:

1. The defendant wishes to file letters in support of the defendant which may include information considered confidential.

WHEREFORE, for the reasons stated herein, counsel for the defendant prays the Court to permit the defendant to file the aforementioned letters in support of the defendant under seal.

/s/ John Bishop
_____
**JOHN J. BISHOP** AT0000937
222 Third Ave. SE
Cedar Rapids, IA 52401
Phone: (319) 398-0343
Fax (319) 366-6176
Email: johnbishoplaw@gmail.com

ATTORNEY FOR DEFENDANT