IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. CR 25-1024 |
| | ) | |
| vs. | ) | **MOTION TO MODIFY** |
| | ) | **CONDITIONS OF PRE-TRIAL** |
| | ) | **RELEASE** |
| KATIE KAMMERUDE, | ) | |
| Defendant. | ) | |

COMES NOW, the defendant, by counsel, and in support of her motion to to modify conditions of pretrial release states as follows:

1.  The defendant is currently released from custody pending self-reporting to serve her sentence. The defendant's release includes a condition for home detention and she is currently on an ankle monitor.

2.  On November 30, 2025, the defendant's grandmother passed away. Funeral services will take place in East Dubuque, Illinois, on December 6, 2025.

3.  The defendant has had no violations of her current conditions of pre-trial release.

4.  The defendant respectfully requests that the conditions of her pretrial release be amended to allow her to attend visitation and funeral services and the burial ceremony East Dubuque, Iowa on December 6, 2025, from 9:00 a.m. to 3:00 p.m.

5.    Undersigned counsel has communicated with the defendant's supervising probation officer, Ryan Kelly, who has advised that he does not object to the defendant's request.

6.    Undersigned counsel has communicated with AUSA Ashley Corkery, who has advised that she does not object to the defendant's request.

7.    The defendant has been advised and understands that if she is told to self-report before December 6, 2025, that will override any order permitting her to attend the funeral on December 6, 2025.

WHEREFORE, for the reasons stated herein, counsel for the defendant prays the Court to enter an order to modify the conditions of her pre-trial release to allow her to attend visitation and funeral services and the burial ceremony East Dubuque, Iowa on December 6, 2025, from 9:00 a.m. to 3:00 p.m.

/s/ John Bishop

_____
**JOHN J. BISHOP**  AT0000937
222 Third Ave. SE
Cedar Rapids, IA 52401
Phone: (319) 398-0343
Fax (319) 366-6176
Email: johnbishoplaw@gmail.com

ATTORNEY FOR DEFENDANT